# United States District Court

-------- DISTRICT OF SOUTH DAKOTA --------
SOUTHERN DIVISION

**FILED**
MAY 2 3 2006

CLERK

UNITED STATES OF AMERICA

    Plaintiff,

v.

HERICK CARIAS,

    Defendant.

**ORDER OF TEMPORARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT**

CASE NUMBER: CR. 06-40052

This matter came before the court for a detention hearing in the above matter on Tuesday, May 23, 2006. Defendant appeared in person and by his counsel, Vance Myrabo. The United States appeared by Assistant United States Attorney, John Haak.

The defendant requested another continuance of the detention hearing. Accordingly, it is hereby

ORDERED, a detention hearing is scheduled for Thursday, May 25, 2006, at 4:00 p.m. before United States Magistrate Judge, John E. Simko, 400 South Phillips Avenue, Sioux Falls, South Dakota. Pending this hearing, the defendant shall be held in custody by the United States marshal and produced for the hearing.

Dated this 23rd day of May, 2006.

BY THE COURT:

_John E. Simko_
John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, Clerk of Courts

By _Jackie Meisenheimer_, Deputy

(SEAL)