

**FILED**
SEP 28 2007

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

*******************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 06-40052 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| HERICK CARIAS, | * | |
| Defendant. | * | |

*******************************************************

At the September 28, 2007, hearing in this matter the pretrial services officer recommended the electronic monitoring condition of Defendant's pretrial release be lifted. Counsel had no objection to the condition being removed. Accordingly, it is hereby

ORDERED that the portion of the court's order dated July 24, 2006, which imposed electronic monitoring as a condition of pretrial release is lifted.

Dated this 28 day of September, 2007.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, Clerk

By Shelly Margulies , Deputy
(SEAL)